**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WSFS FINANCIAL CORPORATION and WILMINGTON SAVINGS FUND SOCIETY, FSB, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. _____ |
| v. | ) ) | |
| BM TECHNOLOGIES, INC. AND BMTX, INC., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Wilmington Savings Fund Society, FSB is a wholly owned subsidiary of WSFS Financial Corporation which is a publicly traded company. BlackRock, Inc. and The Vanguard Group, Inc each own more than 10% of the stock of WSFS Financial Corporation.

Dated: March 17, 2022

BARNES & THORNBURG LLP

*/s/ Chad S.C. Stover*
Chad S.C. Stover (No. 4919)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-300-3474
Email: cstover@btlaw.com

Joan T. Kluger (No. 3200)
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: 302-300-3468
Email: jkluger@btlaw.com

Attorneys for WSFS Financial Corporation
and Wilmington Savings Fund Society, FSB